Form defntc7

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Jerry B. Posey  
7347 Woodward Ave  
Apt 312  
Woodridge, IL 60517  
SSN: xxx−xx−4868 EIN: N.A.

Case No. :  23−16847  
Chapter :  7  
Judge :  Janet S. Baer

## NOTICE OF DEFICIENCY: POSSIBLE DISMISSAL OF CASE

Section 521 of the Bankruptcy Code requires debtors to complete and file certain documents in their cases. Under Bankruptcy Rule 1007, the deadline for filing the completed documents is 14 days after the case is filed. The deadline in this case is: **January 2, 2024.**

The Clerk has determined that you have failed to file or complete the following required documents:

· **None.**

If you do not complete and file these documents, your case will be dismissed on the 45th day after your case was filed.

The following additional documents were also due at the time of filing and are missing or deficient:

· **Signature(s) of Debtor(s) are missing from the Voluntary Petition. Please file the signature page(s) as an Attachment to the Voluntary Petition (Form 101/201).**
· **Signature(s) of Debtor(s) are missing from Statement About Your Social Security Numbers. Please re−file as Amended (Form 121).**
· **Signature(s) of Debtor(s) are missing from Declaration About an Individual Debtor(s) Schedules. Please re−file as Amended. (Form 106Dec,202).**

FOR THE COURT

Dated: December 18, 2023

Jeffrey P. Allsteadt, Clerk  
United States Bankruptcy Court

United States Bankruptcy Court

Northern District of Illinois

| | |
|---|---|
| In re: | Case No. 23-16847-JSB |
| Jerry B. Posey | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0752-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Dec 18, 2023 | Form ID: defntc7 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2023:**

**Recip ID        Recipient Name and Address**
db           + Jerry B. Posey, 7347 Woodward Ave, Apt 312, Woodridge, IL 60517-2553

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2023            Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2023 at the address(es) listed below:

**Name**             **Email Address**

Frank J Kokoszka
                     trustee@k-jlaw.com  ecf.alert+kokoszka@titlexi.com

Patrick S Layng
                     USTPRegion11.ES.ECF@usdoj.gov

Vaughn A White
                     on behalf of Debtor 1 Jerry B. Posey vaughn@vaughnwhite.com
                     vaughn@vaughnwhite.com;paralegal@vaughnwhite.com;VWLAWLLC@jubileebk.net

TOTAL: 3